

CRYSTAL LAX

VS

MONTGOMERY COUNTY PROBATION OFFICE
NORRISTOWN PA, PROBATION OFFICE,

COUNTY BOARD COMMISSIONER **DR. VALERIE ARKOOSH, CHAIR**

SSA COMMISSIONER

| *Commissioner* |
| --- |
| Andrew M. Saul |
| *Deputy Commissioner* |
| David F. Black |
| *Senior Advisor to the Commissioner* |
| Nancy A. Berryhill |
| *Chief of Staff* |
| Scott L. Frey |

# 42 U.S. Code § 1983.Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress

DEPRIVATION OF RIGHTS CIVIL 14TH AMENDMENT RIGHT TO LIVE LIFE LIBERTY PROPERTY 8TH CRUEL UNUSUAL MISTREATMENT MALICIOUS RACIAL INTENTION TO SLANDER DEFAMATION OF NAME REPUTATIONS & CHARACTER THROUGH RACIAL DEROGATORY FALSE WRITTEN  CPS POLICE REPORTS PROVOKE TO PROTECT SELF, DISCRIMINATION AGAINST PERSON OF COLOR, RACE, AGE, RELIGIOUS BELIEF AND  DISABILITY

## Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.

case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. §

1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than

$75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? (check all that apply)

   **Diversity of Citizenship**

1. **PLAINTIFF'S**:

2. CRYSTAL LASHELLE LAX - PARKER

3. **AGE**: 54 YEARS OLD

4. **RACE**: AFRICAN AMERICAN

5. **GENDER**: FEMALE

6. **MEDICAL DISABILITY**: PTSD DUE TO CHILDHOOD ABUSE, SEXUAL ABUSE AT AGE 7

7. **PLAINTIFF'S BRIEF BACKGROUND:**
8. PREGNANT AT AGE 12 BY AUNT HUSBAND

9. AUNT ABORTED BABY AT 6 MONTH PREGNANCY,

10. LEARNING DISABILITY CLASSIFIED

11. BY INDIANA DOCTORS, TEACHERS AS BEING SEREVRE MENTAL RETARDED,

12. STROKE 2 YEARS AGO

13. BUT SLOWLY RECOVER,

14. STP RAPIDS HEART RATE BEATS,

15. HIGH BLOOD PRESSURE AND DWARFISM

16. **EDUCATION**: HIGH SCHOOL DIPLOMA,

17. TOOK PSYCHOLOGY AT AMERICAN RIVER COLLEGE

18. SEE HOW MUCH MENTAL RETARD INCAPABLE OF LEARNING

19. I WAS LABELED BY WHITE PROFESSIONAL AS A CHILD OF THE STATE

20. I FINISHED PSYCHOLOGY 101 WITH GPA 4.0

21. CHALLENGE THIS STIGMATIZE LABEL,

22. WENT BACK TO COLLEGE ENROLLED IN 1 YEAR PARALEGAL STUDIES

23. GRADUATE WITH HIGH GRADES IN 2004.

24. WORKED 20 YEARS IN MEDICAL FIELD

25. AS CNA-CERTIFIED NURSE ASSISTANT/PRIVATE DUTY HOME HEALTH AIDE

26. **CURRENT SITUATION**: DOMESTIC VIOLENCE HOMELESS

27. **EMOTION DISTRESS DURESS DAMAGES**: DUE TO LACK OF NEGLECT, FINANCIAL HARDSHIP POVERTY LIFESTYLE

28. ON BEHALF OF MONTGOMERY COUNTY PROBATION

29. OFFICE TO EXPERDITE WHEN ARRESTED ON OTHER MISDEMEANOR CHARGES.

30. THIS AGENCY HAD PLENTY OF OPPORTUNITY THROUGHOUT 17 YEARS

31. TO BRING ME BACK TO NORRISTOWN AND PROFESSIONAL

32. DO THEIR JOB. RATHER

33. I AS THE PLAINTIFF TURN MYSELF IN OR NOT.

34. THEY'VE BEEN NOTIFIED.

35. I CALLED THEM. MY NAME, SOCIAL SECURITY NUMBER OR BIRTHDAY

36. NEVER BEEN CONCEALED NOR HIDDEN FROM LAW ENFORCEMENT.

37. EVEN FBI BEEN CONTACTED WITH ALL MY DETAIL INFORMATION.

38. I'M NOT RUNNING FROM NO ONE.

39. JUST TRYING TO LIVE MY LIFE

40. AS A FREE BLACK NON SLAVERY WOMAN.

41. I FEEL LIKE A BLACK RUN AWAY HARRIET TUBMAN

42. WHO HAD TO ESCAPE THE WHITE SUPREMACIST SYSTEMATIC RACIAL

43. CIRCLE TO ENTRAP,

44. CAPTURE, CAGE, CHAIN A NUNCE AROUND MY NECK BY HOLDING

45. THIS DELIBERATELY ON MY NAME OVER MY NAME FOR 17 YEARS.

46. A PROBLEM SITUATION UNRESOLVED

47. **REMEDY RELIEF REQUEST**:STOP USING THIS UNRESOLVED 17 YEAR OLD WARRANT

48. AS A WEAPON AGAINST MY NAME RIGHT TO LIVE MY LIFE.

49. SSA TO STOP DEPRIVING WITHOLDING TAX PAID MONEY FROM ME

50. THAT CAME OUT OF MY PAYCHECK FOR MOMENTS OF DISABILITY

51. FOR THE PROBATION DEPARTMENT

52. TO DO THEIR JOB AND ARREST ME

53. IF THE 17 YEAR OLD WARRANT IS THAT SERIOUS

54. BRING ME IN.

55. IF NOT EXPUNGE THIS FROM MY RECORD.

56. SSA TO NOT DEPRIVATE OF MY RIGHT TO BASIC NECESSITIES TO

57. LIFE

58. DUE TO A PRIVATE COUNTY THIRD PARTY PROBATION LEGAL DATA BASED SOURCE

59. WHAT DOES MY PERSONAL LEGAL MATTER, HAVE TO DO WITH SOCIAL SECURITY?

60. BOTH ARE SEPARATE ENTITY BRANCH OF BUSINESS?

61. A BUSINESS CORPORATION BRANCH ARE NONE REAL LIFE STATE INSTITUTIONS

62. WHAT DOES A STATE BUSINESS HAVE TO DO WITH A REAL LIVE HUMAN BEING RIGHTS?

63. I'M NOT A STRAWMAN NOR GOVERNMENT PROPERTY OBJECT

64. I Crystal Lashelle Lax write own my Real Live human being

65. not in CAPITAL LETTERS but in Real Life human form
66. Separate from how a BUSINESS INSTITUTIONS

67. would type out their existence.

68. I bring this matter before a Federal Court as a Certified Paralegal

69. because I desire for this long lasting matter to be resolve

70. not on a state level but on a Federal District or Supreme Court level

71. Before a Federal or Supreme court Justice and jury

72. These people have used this matter to bully, threaten, stalk, harass, invade

73. privacy rights, deprive withhold financial resource from me

74. As a result. Cause a person with mental disability condition

75. to become worst by intentions to inflict hardship,

76. malicious barrier in my life to live be stable in a home

77. Force a person to go against their own religious belief

78. and do things for money in order to survive

79. Also forcing that individual into life threatening lifestyle

80. It's becoming more like a racial entertainment game

81. instead of a serious matter of how its causing damages

82. to my psychological life

83. Even provoking me to fight

84. People I strongly allege purposely send

85. in my personal space to incite provoke or stress me out

86. For the entertainment of hearing and seeing me

87. overly stressed and upset

88. Far too many time circumstances year after year

89. Law Enforcement entrapment to provoke a personal into criminal activity

90. Discrimination against me as a human being

91. as if I have no rights whatsoever

92. Even if I was a felony prisoner

93. I still would at least the 8th Amendment right to stand on and religious

94. Social Security reinstated my monthly benefits

95. Social Security restore all back pay from 2012 to current

96. All legal attorney courts fees

97. Future counseling therapy with transportation

## Plaintiffs Information:

Crystal Lashelle Lax

Currently Homeless

Phone: 818-693-1475

Email: laxkrystal@gmail.com

D.O.B: 1967

# 1. Defendants Information

**ADDRESS**:

Mailing Address:
P.O. Box 311
Norristown, PA 19401-0311

Physical Address:
2 E. Airy Street
Norristown, PA 19404

**PHONE**: 610-278-3224

Administration Name: **DR. VALERIE ARKOOSH OR RESPONSIBLE PARTY FOR THIS MATTER**

2. **DEFENDANTS INFORMATION**

**ADDRESS**:

## Social Security Commissioner

## Plaintiffs Name:

## Crystal Lax

*Crystal Lax*

## Date: 03/04/2021